The next case on the calendar is DeRosa v. CAC Financial Corp. Mr. Perra, we were told that your adversary was on his way, but he has not arrived. Unless there are questions from the bench, we might be willing to take this matter on submission. Unless you have a problem with that, or do you? No, Your Honor. This is just briefly. Richard Perra, on behalf of the appellee, CAC Financial, may it please the Court. We believe that this matter, which was pending in transit procedurally at the same time as the Taylor v. Financial Recovery's decision, was being issued by this Court in opinion by Judge Calabresi. That opinion was right. That opinion was absolutely right, Your Honor, and this is on all fours with that. But you think it's controlling, nevertheless. Well-written opinion. As wrong as it may be. You mean I haven't learned anything from the time I wrote that opinion? It is definitely on all fours and well-written, Your Honor. Thank you. And for that reason, we would request that the decision of Judge Wexler and the District Court be affirmed. Thank you for appearing, and thank you for your argument. Thank you. That is the last argued case on the calendar this morning, so I'll ask the clerk to adjourn court. Court is adjourned.